IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

JOHN DOE, individually and on behalf of    )
     others similarly situated            )
                                           )
v.                                     ) NO. 3:04-0670
                                           ) JUDGE CAMPBELL
PHIL BREDESEN, Governor of the State    )
     of Tennessee, et al.                 )


ORDER

       Pending before the Court is Plaintiff's Motion for Attorney Fees and Costs (Docket No. 69),

to which Defendants have filed a brief in opposition (Docket Nos. 73-74). For the reasons stated

in the accompanying Memorandum, Plaintiff's Motion is GRANTED, and Plaintiff is awarded a

total of $13,866.00 against Defendants for attorney fees and costs.

       IT IS SO ORDERED.


                                    _____
                                    TODD J. CAMPBELL
                                    UNITED STATES DISTRICT JUDGE